**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 15-12-6-DLB-EBA**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

vs.                                         **ORDER**

**LAUREN HARDIN**                                                      **DEFENDANT**

*** *** *** ***

This matter is before the Court upon the March 17, 2017 Report and Recommendation ("R&R") of Magistrate Judge Edward B. Atkins, wherein he recommends that the Court find that Defendant Lauren Hardin violated the terms of her supervised release as set out in the March 8, 2017 Supervised Release Violation Report. (Doc. # 324). Defendant appeared on her supervised release violation charges before Magistrate Judge Atkins for her Final Revocation Hearing on March 16, 2017. (Doc. # 327). In the R&R, Magistrate Judge Atkins recommends that Defendant's supervised release be revoked, that Defendant be sentenced to a term of imprisonment of ninety (90) days, that upon release from custody she return to the Hope Center where she shall successfully complete a program of inpatient substance abuse treatment, and that upon completion of the substance abuse program she begin a period of thirty-six (36) months supervised release, minus the period of her incarceration. (Doc. # 328).

Defendant having waived her right to allocution and her right to file objections to the R&R (Doc. # 327), the R&R is now ripe for the Court's consideration. Having reviewed the

1

R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation (Doc. # 328) is **adopted** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have violated the terms of her supervised release as set out in the March 8, 2017 Supervised Release Violation Report;

(3) Defendant's supervised release is **REVOKED**;

(4) Defendant Hardin is committed to the custody of the Attorney General for a term of **ninety (90) days,** after which time she is to resume her treatment at the Hope Center, with **thirty-six (36) months** of supervised release to follow, minus the period of time she is incarcerated;

(5) Defendant's confinement shall be served, if feasible, at the Bureau of Prisons approved facility closest to her home in Morehead, Kentucky; and

(6) A Judgment shall be entered concurrently herewith.

This 31st day of March, 2017.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2015\15-12-6 Order Adopting R&R re SRV.wpd